UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CRIMINAL MINUTES

Case No.: 1:11CR140-SA-DAS        Place Held: Aberdeen

UNITED STATES OF AMERICA V. Aaron Shantez Dumas

Date/Time Began: 3/23/2012 4:25PM  Date/Time Ended: 3/23/2012 4:27PM

Total Time: 2 Minutes

PRESENT: Honorable DAVID A. SANDERS, U. S. MAGISTRATE JUDGE

Emily Seymer                       Digital
Deputy Clerk                       Court Reporter

Attorneys for Government:          Attorneys for Defendant(s):


PROCEEDINGS: Initial Appearance

Docket Entry: Initial Appearance held; Defendant advised the court he would retain counsel; Government is seeking detention in this case but detention is not an issue at this time since this defendant is currently in custody pending a revocation hearing in another case in this court; Arraignment is set for Monday, 3/26/2012 at 11AM in Aberdeen before Mag. Judge David A. Sanders; Defendant is remanded to the custody of the U. S. Marshal

DAVID CREWS, CLERK

By /s/Emily Seymer
Courtroom Clerk